AO450 (NVD Rev. 2/18)   Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
### DISTRICT OF NEVADA

Board of Trustees of the Construction Industry and Laborers Health and Welfare Trust et al

Plaintiffs,

v.

Emmanuel Environmental, Inc. et al

Defendants.

JUDGMENT IN A CIVIL CASE

Case Number: 2:23-cv-01704-JAD-MDC

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☐ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

☒ **Decision by Court.** This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that Judgment is entered in favor of Plaintiffs against Defendant Emmanuel Environmental for $142,989.

2/14/2025
Date

DEBRA K. KEMPI
Clerk

/s/ J. Callo
Deputy Clerk