Christopher M. Humes, Esq., Nevada Bar No. 12782
William D. Nobriga, Esq., Nevada Bar No. 14931
BROWNSTEIN HYATT FARBER SCHRECK, LLP
100 North City Parkway, Suite 1600
Las Vegas, Nevada 89106-4614
Telephone:  (702) 382-2101
Facsimile:    (702) 382-8135
Email: chumes@bhfs.com
Email: wnobriga@bhfs.com

*Attorneys for Plaintiffs*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| BOARD OF TRUSTEES OF THE CONSTRUCTION INDUSTRY AND LABORERS HEALTH AND WELFARE TRUST; THE BOARD OF TRUSTEES OF THE CONSTRUCTION INDUSTRY AND LABORERS JOINT PENSION TRUST; THE BOARD OF TRUSTEES OF THE CONSTRUCTION INDUSTRY AND LABORERS VACATION TRUST; and THE BOARD OF TRUSTEES OF THE SOUTHERN NEVADA LABORERS LOCAL 872 TRAINING TRUST<br><br>Plaintiffs,<br><br>vs.<br><br>EMMANUEL ENVIRONMENTAL, INC., a foreign corporation and ROMELLE EMMANUEL, an individual,<br><br>Defendants. | Case No. 2:23-cv-01704-JAD-MDC<br><br>Consolidated with Case No. 2:23-cv-1774-JAD-MDC<br><br>**AMENDED MOTION FOR JUDGMENT DEBTOR EXAMINATION OF EMMANUEL ENVIRONMENTAL, INC.'S PRESIDENT ROMELLE EMMANUEL** |

On September 12, 2025, the Court entered an amended judgment in favor of the Plaintiffs, the Boards of Trustees of the Construction Industry and Laborers Health and Welfare Trust, the

1

BROWNSTEIN HYATT FARBER SCHRECK, LLP
100 North City Parkway, Suite 1600
Las Vegas, Nevada 89106
(702) 382-2101

BROWNSTEIN HYATT FARBER SCHRECK, LLP
100 North City Parkway, Suite 1600
Las Vegas, Nevada 89106
(702) 382-2101

Construction Industry and Laborers Joint Pension Trust, the Construction Industry and Laborers Vacation Trust, the Southern Nevada Laborers Local 872 Training Trust (collectively referred to as "Trust Funds") and against, Defendants, Romelle Emmanuel and Emmanuel Environmental, Inc. ("Emmanuel Environmental"), jointly and severally, in the amount of $90,653.84 and awarding Trust Funds attorneys' fees in the amount of $48.168.00. ECF No. 37. The Trust Funds previously brought a motion for a judgment debtor examination, which the Court denied due to the motion not permitting enough time for a briefing schedule pursuant to the Local Rules and the production of requested documents. ECF 40, filed Dec. 10, 2025. The Trust Funds now bring this amended motion to provide enough time for Emmanuel Environmental to serve a response through counsel, as required, and produce the documents outlined in the proposed order attached as Exhibit 1. The Trust Funds have proposed a date of February 12, 2026, which is 63 days from the date of the filing of this motion and permits 14 days for a response, as well as another 42 days for the production of documents, to occur one week ahead of the examination.

As for the grounds of the motion, to date, Romelle Emmanuel and Emmanuel Environmental, Inc. still have failed to satisfy the judgment. The Trust Funds continue to desire to perform an examination of Emmanuel Environmental, Inc.'s President Romelle Emmanuel regarding the amount, value and location of property and assets of Emmanuel Environmental.

/ / /

/ / /

/ / /

2

36576680.1

BROWNSTEIN HYATT FARBER SCHRECK, LLP
100 North City Parkway, Suite 1600
Las Vegas, Nevada 89106
(702) 382-2101

Pursuant to Rule 69(a) of the Federal Rules of Civil Procedure, a judgment creditor may pursue execution of a judgment in accordance with any procedure or practice of the State in which the district court is sitting. Nevada Revised Statute 21.270 provides that a judgment creditor may depose a judgment debtor regarding his property and assets. Specifically, this statute provides:

1.    A judgment creditor, at any time after the judgment is entered, is entitled to an order from the judge of the court requiring the judgment debtor to appear and answer upon oath or affirmation concerning his or her property, before:

    (a)    The judge or a master appointed by the judge; or

    (b)    An attorney representing the judgment creditor,

at a time and place specified in the order. No judgment debtor may be required to appear outside the county in which the judgment debtor resides.

2.    If the judgment debtor is required to appear before any person other than a judge or master:

    (a)    The oath or affirmation of the judgment debtor must be administered by a notary public; and

    (b)    The proceedings must be transcribed by a court reporter or recorded electronically. The transcript or recording must be preserved for 2 years.

3.    A judgment debtor who is regularly served with an order issued pursuant to this section, and who fails to appear at the time and place specified in the order, may be punished for contempt by the judge issuing the order.

The Trust Funds are informed and believe that Romelle Emmanuel resides in Clark County, Nevada and that Emmanuel Environmental, Inc.'s principal place of business is in Clark County, Nevada. Therefore, the Trust Funds' request that the Court sign the Order, attached as Exhibit 1, requiring Romelle Emmanuel as President of Emmanual Environmental, Inc., to provide documents relating to Emmanuel Environmental, Inc.'s property and assets, on or before the date of the judgment debtor's examination and command the Romelle Emmanuel as President of Emmanual Environmental, Inc. to appear at the Trust's counsel's office on the date and time indicated on the face of the order for an examination under oath and to answer questions relating to Emmanuel Environmental, Inc.'s property and assets.

3

36576680.1

Upon receipt of an executed copy of the Order, the Trust Funds will serve Romelle Emmanuel as President of Emmanuel Environmental, Inc., with a copy of the Order providing notice of the time and place of the examination.

Dated: December 11, 2025

BROWNSTEIN HYATT FARBER SCHRECK, LLP

/s/ Christopher M. Humes

Christopher M. Humes, Esq., Nevada Bar No. 12782
William D. Nobriga, Esq., Nevada Bar No. 14931
100 North City Parkway, Suite 1600
Las Vegas, Nevada 89106-4614
Telephone:  (702) 382-2101
Facsimile:   (702) 382-8135

*Attorneys for Plaintiffs*

**IT IS SO ORDERED.**

_____
Hon. Maximiliano D. Couvillier III
United States Magistrate Judge
Dated:1-15-26

BROWNSTEIN HYATT FARBER SCHRECK, LLP
100 North City Parkway, Suite 1600
Las Vegas, Nevada 89106
(702) 382-2101

4

36576680.1